# CLIENT'S MONTHLY INCOME



**SUREPAYROLL** — The Online Alternative

My Payday!   My Check   My History   My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***-**- |
| **Check Date:** | 7/1/2011 |

7/1/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$1,620.63

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 7/1/2011 | 6/11/2011 | 6/24/2011 | E* | $1,620.63 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 32,285.30 |
| 1099$$ | 80 | 20.26 | 1,620.63 | | | 1099$$ | 32,285.30 |
| TOTALS | | | 1,620.63 | 0.00 | 0.00 | | 32,285.30 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011   SurePayroll ® All Rights Reserved

X 2 moesly



## SUREPAYROLL
The Online Alternative™

My Payday!    My Check    My History    My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-*
**Check Date:** 12/3/2010

---

12/3/2010

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF:
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$6,708.62

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 12/3/2010 | 11/13/2010 | 11/26/2010 | EII | $6,708.62 |

| Earnings | | | | Taxes | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | MISC 1T | 0.00 | GROSS | 82,701.10 |
| 1099$$ | 80 | 83.86 | 6,708.62 | | | | 1099$$ | 82,701.10 |
| | | | | | | | MISC 1T | 500.00 |
| TOTALS | | | 6,708.62 | 0.00 | | 0.00 | | 82,201.10 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing



My Payday!    My Check    My History    My User Profile

**Logout**

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***-** |
| **Check Date:** | 12/17/2010 |

---

12/17/2010

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF

JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$3,825.59

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 12/17/2010 | 11/27/2010 | 12/10/2010 | EIr  3 | $3,825.59 |

| Earnings | | | | Taxes | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | MISC 1T | 0.00 | GROSS | 86,526.69 |
| 1099$$ | 80 | 47.82 | 3,825.59 | | | | 1099$$ | 86,526.69 |
| | | | | | | | MISC 1T | 500.00 |
| TOTALS | | | 3,825.59 | 0.00 | | 0.00 | | 86,026.69 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing



SUREPAYROLL
The Online Alternative™

My Payday!     My Check     My History     My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-**
**Check Date:** 12/31/2010

---

12/31/2010

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$3,018.20

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 12/31/2010 | 12/11/2010 | 12/24/2010 | EI | $3,018.20 |

| Earnings | | | | Taxes | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | MISC 1T | 0.00 | GROSS | 89,544.89 |
| 1099$$ | 80 | 37.73 | 3,018.20 | | | | 1099$$ | 89,544.89 |
| | | | | | | | MISC 1T | 500.00 |
| TOTALS | | | 3,018.20 | 0.00 | | 0.00 | | 89,044.89 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing

# SUREPAYROLL
### The Online Alternative™

My Payday! | My Check | My History | My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***-**-**** |
| **Check Date:** | 1/14/2011 |

---

1/14/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF

JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$3,393.52

---

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 1/14/2011 | 12/25/2010 | 1/7/2011 | EIL        J | $3,393.52 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 3,393.52 |
| 1099$$ | 80 | 42.42 | 3,393.52 | | | 1099$$ | 3,393.52 |
| TOTALS | | | 3,393.52 | 0.00 | 0.00 | | 3,393.52 |

### Benefits Info for Pay Period

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |



My Payday!   My Check   My History   My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***.
**Check Date:** 1/28/2011

---

1/28/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF:
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$3,074.07

---

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 1/28/2011 | 1/8/2011 | 1/21/2011 | EIC | $3,074.07 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 6,467.59 |
| 1099$$ | 80 | 38.43 | 3,074.07 | | | 1099$$ | 6,467.59 |
| TOTALS | | | 3,074.07 | 0.00 | 0.00 | | 6,467.59 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |



**SUREPAYROLL**
The Online Alternative™

My Payday!   My Check   My History   My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-*
**Check Date:** 2/11/2011

---

2/11/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF:
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX 774890000

Net $***$1,061.54

---

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 2/11/2011 | 1/22/2011 | 2/4/2011 | EIE   3 | $1,061.54 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 7,529.13 |
| 1099$$ | 80 | 13.27 | 1,061.54 | | | 1099$$ | 7,529.13 |
| TOTALS | | | 1,061.54 | 0.00 | 0.00 | | 7,529.13 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll -- Online Payroll Service -- Small Business Payroll Outsourcing
© 2011  SurePayroll ® All Rights Reserved



My Payday!    My Check    My History    My User Profile

**Logout**

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-1
**Check Date:** 2/25/2011

2/25/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$471.28

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 2/25/2011 | 2/5/2011 | 2/18/2011 | EII | $471.28 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 8,000.41 |
| 1099$$ | 80 | 5.89 | 471.28 | | | 1099$$ | 8,000.41 |
| TOTALS | | | 471.28 | 0.00 | 0.00 | | 8,000.41 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011 SurePayroll ® All Rights Reserved



SUREPAYROLL
The Online Alternative

My Payday!    My Check    My History    My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***
**Check Date:** 3/11/2011

---

3/11/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$1,082.52

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 3/11/2011 | 2/19/2011 | 3/4/2011 | EII | $1,082.52 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 9,082.93 |
| 1099$$ | 80 | 13.53 | 1,082.52 | | | 1099$$ | 9,082.93 |
| TOTALS | | | 1,082.52 | 0.00 | 0.00 | | 9,082.93 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011 SurePayroll ® All Rights Reserved



My Payday!    My Check    My History    My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***- |
| **Check Date:** | 3/25/2011 |

3/25/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF  JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$5,582.95

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 3/25/2011 | 3/5/2011 | 3/18/2011 | Elf | $5,582.95 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 14,665.88 |
| 1099$$ | 80 | 69.79 | 5,582.95 | | | 1099$$ | 14,665.88 |
| TOTALS | | | 5,582.95 | 0.00 | 0.00 | | 14,665.88 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |



# SUREPAYROLL
*The Online Alternative*

My Payday!    My Check    My History    My User Profile

Logout

## My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-
**Check Date:** 4/8/2011

---

4/8/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF:
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX 774890000

Net $***$2,515.72

---

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 4/8/2011 | 3/19/2011 | 4/1/2011 | EI | $2,515.72 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 17,181.60 |
| 1099$$ | 80 | 31.45 | 2,515.72 | | | 1099$$ | 17,181.60 |
| TOTALS | | | 2,515.72 | 0.00 | 0.00 | | 17,181.60 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011  SurePayroll ® All Rights Reserved



**SUREPAYROLL**
*The Online Alternative*™

My Payday!        My Check        My History        My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***-* |
| **Check Date:** | 4/22/2011 |

4/22/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF: JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$3,792.08

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 4/22/2011 | 4/2/2011 | 4/15/2011 | EJ | $3,792.08 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 20,973.68 |
| 1099$$ | 80 | 47.40 | 3,792.08 | | | 1099$$ | 20,973.68 |
| TOTALS | | | 3,792.08 | 0.00 | 0.00 | | 20,973.68 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011 SurePayroll ® All Rights Reserved



| My Payday! | My Check | My History | My User Profile |

**Logout**

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator**.

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***-*-**** |
| **Check Date:** | 5/6/2011 |

5/6/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF

JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$1,594.93

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 5/6/2011 | 4/16/2011 | 4/29/2011 | EP | $1,594.93 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 22,568.61 |
| 1099$$ | 80 | 19.94 | 1,594.93 | | | 1099$$ | 22,568.61 |
| TOTALS | | | 1,594.93 | 0.00 | 0.00 | | 22,568.61 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011   SurePayroll ® All Rights Reserved



# SUREPAYROLL
### The Online Alternative™

My Payday! | My Check | My History | My User Profile

**Logout**

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-*
**Check Date:** 5/20/2011

---

5/20/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

**PAY TO THE ORDER OF**
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$3,378.63

---

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 5/20/2011 | 4/30/2011 | 5/13/2011 | EIf | $3,378.63 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 25,947.24 |
| 1099$$ | 80 | 42.23 | 3,378.63 | | | 1099$$ | 25,947.24 |
| TOTALS | | | 3,378.63 | 0.00 | 0.00 | | 25,947.24 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |



SUREPAYROLL
The Online Alternative™

My Payday!    My Check    My History    My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-*-
**Check Date:** 6/3/2011

6/3/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF:
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX 774890000

Net $***$2,630.35

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 6/3/2011 | 5/14/2011 | 5/27/2011 | EIC | $2,630.35 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 28,577.59 |
| 1099$$ | 80 | 32.88 | 2,630.35 | | | 1099$$ | 28,577.59 |
| TOTALS | | | 2,630.35 | 0.00 | 0.00 | | 28,577.59 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011   SurePayroll ® All Rights Reserved



## SUREPAYROLL
### The Online Alternative

My Payday!    My Check    My History    My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** ***-*
**Check Date:** 6/17/2011

---

6/17/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX
774890000

Net $***$2,087.08

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 6/17/2011 | 5/28/2011 | 6/10/2011 | EI* -- | $2,087.08 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 30,664.67 |
| 1099$$ | 80 | 26.09 | 2,087.08 | | | 1099$$ | 30,664.67 |
| TOTALS | | | 2,087.08 | 0.00 | 0.00 | | 30,664.67 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011   SurePayroll ® All Rights Reserved

# SUREPAYROLL
### The Online Alternative™

My Payday!    My Check    My History    My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

| | |
|---|---|
| **Name:** | JENNIFER GALAWAY |
| **Social Security #:** | ***-* |
| **Check Date:** | 7/1/2011 |

7/1/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF

JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY , TX
774890000

Net $***$1,620.63

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 7/1/2011 | 6/11/2011 | 6/24/2011 | EID | $1,620.63 |

| Earnings | | | | Taxes | Deductions | Year to Date | |
|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | | GROSS | 32,285.30 |
| 1099$$ | 80 | 20.26 | 1,620.63 | | | 1099$$ | 32,285.30 |
| TOTALS | | | 1,620.63 | 0.00 | 0.00 | | 32,285.30 |

### Benefits Info for Pay Period

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing
© 2011   SurePayroll ® All Rights Reserved

# SUREPAYROLL
### The Online Alternative™

My Payday!     My Check     My History     My User Profile

Logout

# My Check

A copy of your most recent pay check is shown below.

If you have questions about your pay check or need to change your employee information, direct deposit, taxes, or current deductions, **please contact your company's payroll administrator.**

**Name:** JENNIFER GALAWAY
**Social Security #:** **-**-****
**Check Date:** 7/15/2011

---

7/15/2011

HEALTHSYNC SERVICES INC
1331 W GRAND PARKWAY N
KATY, TX 774930000

PAY TO THE ORDER OF:
JENNIFER GALAWAY
8511 QUAIL CREST DR.
MISSOURI CITY, TX 774890000

Net $***$2,616.10

| Check Date | Period Start | Period End | Employee ID | Net Pay |
|---|---|---|---|---|
| 7/15/2011 | 6/25/2011 | 7/8/2011 | E    .3 | $2,616.10 |

| Earnings | | | | Taxes | Deductions | | Year to Date | |
|---|---|---|---|---|---|---|---|---|
| Type | Hours | Rate | Amount | | MISC 1T | 250.00 | GROSS | 35,151.40 |
| 1099$$ | 80 | 35.83 | 2,866.10 | | | | 1099$$ | 35,151.40 |
| | | | | | | | MISC 1T | 250.00 |
| TOTALS | | | 2,866.10 | 0.00 | | 250.00 | | 34,901.40 |

**Benefits Info for Pay Period**

| Benefit | Closing Balance | Earned this period | Used this period | Earned YTD | Used YTD |
|---|---|---|---|---|---|
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| PTO | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |
| Personal | 0 hrs | 0 hrs | 0 hrs | 0 hrs | 0 hrs |

SurePayroll — Online Payroll Service — Small Business Payroll Outsourcing