**United States Bankruptcy Court**
**Southern District of Texas**

IN RE: Case No. **11-36683**

**Galaway, Jennifer**  Chapter **13**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 65,900.00 | | |
| B - Personal Property | Yes | 3 | $ 23,492.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 50,932.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 23,481.26 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 357,403.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,480.69 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 5,149.39 |
| TOTAL | | 16 | $ 89,392.00 | $ 431,817.48 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of Texas**

IN RE:                                                                Case No. **11-36683**

**Galaway, Jennifer**                                                 Chapter **13**
Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 23,481.26 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 23,481.26 |

**State the following:**

| | | Amount |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 6,480.69 |
| Average Expenses (from Schedule J, Line 18) | $ | 5,149.39 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 5,480.64 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 1,663.47 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 23,481.26 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 357,403.28 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 359,066.75 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer**                                                     Case No. **11-36683**
  Debtor(s)                                                                                      (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **3715 Luca Street** <br> **Houston, TX  77021** <br> **Houston, Texas** | **Fee Simple** | | 65,900.00 | 38,980.00 |
| | | **TOTAL** | **65,900.00** | |
| | | | (Report also on Summary of Schedules) | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** _____   Case No. **11-36683** _____
                              Debtor(s)                                             (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on hand** | | **18.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Cash on deposit checking account** | | **359.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **BR- Bed** | | **300.00** |
| | | **BR- Bedding** | | **200.00** |
| | | **BR- tv's and stereos** | | **100.00** |
| | | **Desktop** | | **100.00** |
| | | **Kitchen- Appliances** | | **100.00** |
| | | **kitchen- Dishes/ Utensils** | | **100.00** |
| | | **Kitchen- Small Appliances** | | **100.00** |
| | | **Kitchen-Cookware** | | **100.00** |
| | | **Laptop Computer** | | **300.00** |
| | | **LR- Lamps** | | **20.00** |
| | | **LR- Sofas/ Chairs** | | **200.00** |
| | | **LR- Stereos/ tv's** | | **600.00** |
| | | **LR- Tables** | | **20.00** |
| | | **LR-Computer** | | **600.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing/ Shoes** | | **1,000.00** |
| 7. Furs and jewelry. | | **Jewelry** | | **800.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **38 Handgun** | | **400.00** |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** _____  Case No. **11-36683** _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Pinnacle Foot & Ankle Center**<br>**5445 Almeda, Ste 206**<br>**Houston, TX  77004** | | **0.00** |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Doctor of Podiatric Medicine Professional License** | | **Unknown** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** _____  Case No. **11-36683** _____
                         Debtor(s)                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Toyota Camry** | | 18,075.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 23,492.00 |

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** _____   Case No. **11-36683**
                        Debtor(s)                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **BR- Bed** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **300.00** | **300.00** |
| **BR- Bedding** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **200.00** | **200.00** |
| **BR- tv's and stereos** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **100.00** | **100.00** |
| **Desktop** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **100.00** | **100.00** |
| **Kitchen- Appliances** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **100.00** | **100.00** |
| **kitchen- Dishes/ Utensils** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **100.00** | **100.00** |
| **Kitchen- Small Appliances** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **100.00** | **100.00** |
| **Kitchen-Cookware** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **100.00** | **100.00** |
| **Laptop Computer** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **300.00** | **300.00** |
| **LR- Lamps** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **20.00** | **20.00** |
| **LR- Sofas/ Chairs** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **200.00** | **200.00** |
| **LR- Stereos/ tv's** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **600.00** | **600.00** |
| **LR- Tables** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **20.00** | **20.00** |
| **LR-Computer** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **600.00** | **600.00** |
| **Clothing/ Shoes** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **1,000.00** | **1,000.00** |
| **38 Handgun** | **Property Code § 42.002(a)(1)-(5), (7)-(10)** | **400.00** | **400.00** |

\* *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** _____   Case No. **11-36683** _____
                                            Debtor(s)                                           (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Doctor Of Podiatric Medical** | |
| Name of Employer | **HealthSync Services, Incorporated** | |
| How long employed | **9 months** | |
| Address of Employer | **1331 W. Grand Parkway** <br> **Katy, TX  77449** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)                  DEBTOR        SPOUSE
1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)  $ __**5,780.69**__   $ _____
2. Estimated monthly overtime                                                          $ _____       $ _____
3. **SUBTOTAL**                                                                        $ __**5,780.69**__ $ _____
4. **LESS PAYROLL DEDUCTIONS**
   a. Payroll taxes and Social Security                                           $ _____       $ _____
   b. Insurance                                                                   $ _____       $ _____
   c. Union dues                                                                  $ _____       $ _____
   d. Other (specify) _____                                          $ _____       $ _____
                   _____                                         $ _____       $ _____
5. **SUBTOTAL OF PAYROLL DEDUCTIONS**                                                  $ __**0.00**__     $ _____
6. **TOTAL NET MONTHLY TAKE HOME PAY**                                                 $ __**5,780.69**__ $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement) $ _____  $ _____
8. Income from real property                                                           $ __**700.00**__   $ _____
9. Interest and dividends                                                              $ _____       $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or
    that of dependents listed above                                              $ _____       $ _____
11. Social Security or other government assistance
    (Specify) _____                                        $ _____       $ _____
    _____                                           $ _____       $ _____
12. Pension or retirement income                                                       $ _____       $ _____
13. Other monthly income
    (Specify) _____                                        $ _____       $ _____
    _____                                           $ _____       $ _____
    _____                                           $ _____       $ _____

14. **SUBTOTAL OF LINES 7 THROUGH 13**                                                 $ __**700.00**__   $ _____
15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14)                   $ __**6,480.69**__ $ _____

16. **COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15;
if there is only one debtor repeat total reported on line 15)                          $ __**6,480.69**__

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor's income generally fluctuates and may be lower during the first quarter.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer**_____   Case No. **11-36683**_____
                                           Debtor(s)                                           (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. | Rent or home mortgage payment (include lot rented for mobile home) | $ 810.00 |
| | a. Are real estate taxes included?   Yes ____   No ✓ | |
| | b. Is property insurance included?   Yes ____   No ✓ | |
| 2. | Utilities: | |
| | a. Electricity and heating fuel | $ 115.00 |
| | b. Water and sewer | $ 17.00 |
| | c. Telephone | $ 60.00 |
| | d. Other **See Schedule Attached** | $ 401.95 |
| | | $ |
| 3. | Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. | Food | $ 400.00 |
| 5. | Clothing | $ 100.00 |
| 6. | Laundry and dry cleaning | $ 50.00 |
| 7. | Medical and dental expenses | $ 100.00 |
| 8. | Transportation (not including car payments) | $ 425.00 |
| 9. | Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. | Charitable contributions | $ |
| 11. | Insurance (not deducted from wages or included in home mortgage payments) | |
| | a. Homeowner's or renter's | $ 113.40 |
| | b. Life | $ 45.00 |
| | c. Health | $ |
| | d. Auto | $ 105.50 |
| | e. Other **Malpractice Insurance** | $ 486.31 |
| | | $ |
| 12. | Taxes (not deducted from wages or included in home mortgage payments) | |
| | (Specify) **Internal Revenue Quarterly Tax Liability** | $ 1,150.00 |
| | **Harris County Tax Assessor** | $ 138.50 |
| 13. | Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
| | a. Auto | $ 417.84 |
| | b. Other _____ | $ |
| | | $ |
| 14. | Alimony, maintenance, and support paid to others | $ |
| 15. | Payments for support of additional dependents not living at your home | $ |
| 16. | Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. | Other **DEA Annual Registration (Tri-Annual Fee $500)** | $ 13.89 |
| | | $ |
| | | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.   $ **5,149.39**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I   $ **6,480.69**
    b. Average monthly expenses from Line 18 above   $ **5,149.39**
    c. Monthly net income (a. minus b.)   $ **1,331.30**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** Case No. **11-36683**
Debtor(s)

**SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**
Continuation Sheet - Page 1 of 1

Other Utilities
| | |
|---|---:|
| **Cell Phone T-Mobil** | **200.00** |
| **Cable** | **75.00** |
| **Internet ATT UVerse** | **110.00** |
| **EFax** | **16.95** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Galaway, Jennifer** _____ Case No. **11-36683** _____
                    Debtor(s)                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**18**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 30, 2011**      Signature: _/s/ Jennifer Galaway_
                                  **Jennifer Galaway**
                                                                            Debtor

Date: _____      Signature: _____
                                                                  (Joint Debtor, if any)
                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                  _____
                                  (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only